IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JOSHUA HENDERSON,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 1:23-cv-00273** |
| | § | |
| **MALAV SHAH,** | § | |
| **Defendant.** | § | |

## <u>DEFENDANT'S NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MALAV SHAH, Defendant in the above cause, pursuant to 28 U.S.C. § 1332 and 1441(a), give notice to the Court of the removal of Cause No. **D-1-GN-23-000693** from the 353rd Judicial District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division, as follows:

**I**.

This case arises out of a motor vehicle accident on June 10, 2021. On that day, Plaintiff alleges that at or near the intersection of IH-35 and River Oaks Drive in Travis County, Texas, a vehicle operated by Defendant Shah collided with a vehicle operated by Plaintiff. (Ex. A.)

On February 7, 2023, Plaintiff filed Plaintiff's Original Petition in Travis County, Texas, cause number **D-1-GN-23-000693**. (Ex. A.) Defendant was served on February 20, 2023.

**II.**

## <u>GROUNDS FOR REMOVAL</u>

There is diversity of citizenship between Plaintiff and Defendant. Further, the Amount in controversy exceeds $75,000.00, exclusive of interest and costs. (Ex. A.) Thus, Defendant is

entitled to remove the action to this Court under Sections 1332 and 1441(a).  28 U.S.C. §§ 1332(a), 1441(a); *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1408 (5th Cir. 1995).

At the time the Petition was filed, and at the time of this Removal, Plaintiff was a citizen of Texas and Bell County.  Removing Defendant is a resident of Illinois.  *See Seafoam, Inc. v. Barrier Sys. Inc.,* 830 F.2d 62, 66 (5th Cir. 1987) ("It is well established law that the jurisdiction of a federal court sitting in diversity is determined as of the time of filing of the complaint.")

### III.

Removing Defendant gives notice that Cause No. **D-1-GN-23-000693** from the 353rd Judicial District Court of Travis County, Texas, is hereby removed from Sate Court to the United States District Court for the Western District of Texas, Austin Division.

WHEREFORE, Removing Defendant prays that this Court take jurisdiction of this action to its conclusion and to final judgment to the exclusion of any further proceedings in the State Court in accordance with law, and for such other or further relief to which they may show himself justly entitled.

Respectfully submitted,

**LAW OFFICES OF GALLERSON, HOLDER & LAWRENCE**

BY:  /s/ David Pettineo
David Pettineo
SBN: 24058042
Mailing Address:
PO Box 7217
London, KY 40742
Physical Address for Deliveries Only:
801 Louisiana Street, Suite 500
Houston, Texas 77002-4936
Phone: (512) 734-2374
Fax: (866) 221-6120
E-Service: SanAntonioLegalMail@LibertyMutual.com

E-Mail: David.Pettineo01@LibertyMutual.com
*Attorney for Defendant*

### **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing instrument was sent to the following counsel of record in accordance with the Federal Rules of Civil Procedure on this the 13th day of March, 2023:

Brad Russell
DANIEL STARK, P.C.
Post Office Box 1153
Bryan, Texas 77806
P: 979-846-8686
F: 979-764-8002
*Attorney for Plaintiff*
**Joshua Henderson**


/s/ David Pettineo
David Pettineo

# Exhibit A



**Daniel Stark**
INJURY LAWYERS

February 16, 2023

Malav Shah
3812 W. Jerome Avenue
Skokie, IL 60076

Dear Mr. Shah:

You are being served with a copy of the lawsuit filed with the Court in relation to the collision occurring on June 10, 2021 in Austin, Texas.

**Upon receipt of the lawsuit, immediately contact your automobile insurance company to request a defense attorney.**

Liberty Mutual Insurance Company likely has a duty to provide you legal defense at no additional cost to you. You can contact them via phone number 8002907933, fax number (603) 334-9180 or mail at Post Office Box 9102, Weston, MA 02493. If you choose to contact the insurance company by mail, simply sign the enclosed letter where indicated and mail it immediately by placing it in the provided envelope.

Thank you in advance for your prompt response.

Very truly yours,
**DANIEL STARK, P.C.**

*Brad Russell*

**Brad Russell
Attorney**

BR/df
Enclosures



BRYAN/COLLEGE STATION • WACO • KILLEEN • AUSTIN • TYLER

P.O. Box 1153, Bryan, Texas 77806    **(P)** 888.846.8686    **(F)** 979.764.8002    www.danielstarklaw.com

Scanned with CamScanner

February 16, 2023

Liberty Mutual Insurance Company
PO Box 9102
Weston, MA 02493

Re: *Lawsuit from car collision on June 10, 2021*

Dear Sir or Madam:

I have been sued as a result of an automobile collision that occurred on June 10, 2021. Please provide me with legal defense based on the terms of the insurance policy that covered me on the date of the collision.

I have enclosed a copy of Plaintiff's Original Petition that has been served upon me. Please send this petition to an attorney so that an Answer can be filed on my behalf within the time allowed by law.

If you fail to provide me with a defense, and a default judgment is taken against me, I intend to hold Liberty Mutual Insurance Company responsible for said judgment. If there is any reason you cannot provide me with a defense, please contact me immediately and provide a written explanation of your refusal.

Sincerely,

Malav Shah

CITATION

THE STATE OF TEXAS

**CAUSE NO. D-1-GN-23-000693**

JOSHUA HENDERSON

vs.                                                                        , PLAINTIFF(S)

MALAV SHAH

, DEFENDANT(S)

TO:   **MALAV SHAH**
      **3812 W JEROME AVE**
      **SKOKIE IL  60076**
      **OR WHEREVER THEY MAY BE FOUND**

Defendant, in the above styled and numbered cause:
**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served
this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk,
you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made
no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**"

Attached is a copy of the <u>**PLAINTIFF S ORIGINAL PETITION**</u> in the above styled and numbered cause, which was filed on
<u>**February 07, 2023**</u> in the <u>**353rd District Court**</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, <u>**February 16, 2023**</u>

REQUESTED BY:
**RUSSELL, BRADLEY DANIEL**
**PO BOX 1153**
**BRYAN, TX  77806**



Velva L Price
**Travis County District Clerk**
**Civil Family Court Facility (CFCF)**
**1700 Guadalupe Street, P.O. Box 679003 (78767)**
**Austin TX 78701**

**Ruben Tamez, Deputy**

**R E T U R N**

Came to hand on the _____ day of _____ at _____ o'clock _____M., and executed at
_____ within the County of _____ on the _____ day
of _____, _____ a, at _____ o'clock ____M., by delivering to the within named
_____, each in person, a true copy of this citation together with

the <u>**PLAINTIFF S ORIGINAL PETITION**</u> accompanying pleading, having first attached such copy of such citation to such copy of
pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____
                                                            _____
                                                            Sheriff / Constable / Authorized Person
Sworn to and subscribed before me this the
                                                            By:_____
_____ day of _____, _____.
                                                            Printed Name of Server

                                                            _____
                                                            _____ County, Texas
_____
Notary Public, THE STATE OF TEXAS                           **SERVICE FEE NOT PAID**
D-1-GN-23-000693

Scanned with CamScanner

D-1-GN-23-000693

2/7/2023 6:03 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-23-000693
Ruben Tamez

CAUSE NO. _____

| | | |
|---|---|---|
| **JOSHUA HENDERSON,** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff* | § | 353RD, DISTRICT COURT |
| | § | |
| **v.** | § | _____ **JUDICIAL DISTRICT** |
| | § | |
| **MALAV SHAH,** | § | |
| *Defendant* | § | **TRAVIS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

TO THIS HONORABLE COURT:

COMES NOW Joshua Henderson, Plaintiff, complaining of Malav Shah, Defendant, and would respectfully show:

### 1. Discovery Control Plan and Rule 47 Statement

1.1    Discovery is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

1.2    Plaintiff requests that this Court enter an Order that discovery be conducted in accordance with a Discovery Control Plan tailored to the circumstances of this specific case.

1.3    Despite the many objections lodged by both the defense bar and the plaintiff bar, the rules now provide that a plaintiff must state how much money a plaintiff is seeking in a given suit. Plaintiff would also remind the jury that it is their duty to determine damages. Therefore, for procedural purposes only, due to the new rules put in place in 2013 and Rule 47 of the Texas Rules of Civil Procedure, Plaintiff would note that Plaintiff seeks monetary relief over $1,000,000.

Scanned with CamScanner

**2. Parties**

2.1     Plaintiff is a resident of Bell County, Texas.

2.2     In accordance with Section 30.015 of the Texas Civil Practice and Remedies Code, Plaintiff discloses that Plaintiff's address is 4200 Molly Dyer Drive, Killeen, Texas, 76549.

2.3     In accordance with Section 30.014 of the Texas Civil Practice and Remedies Code, Plaintiff discloses that the last three (3) numbers of Plaintiff's driver's license number are 071 and that the last three (3) numbers of Plaintiff's Social Security number are 283.

2.4     Defendant is a resident of Cook County, Illinois.

2.5     Defendant may be served with process at 3812 W. Jerome Avenue, Skokie, Illinois, 60076 (telephone unknown), or wherever said defendant may be found.

<u>3. Jurisdiction</u>

3.1     Defendant Shah committed a tort in whole or in part in Texas.

3.2     Defendant Shah is therefore subject to the jurisdiction of this state pursuant to Section 17.042(2) of the Texas Civil Practice and Remedies Code.

3.3     Plaintiff's damages are within the jurisdictional limits of this Court.

<u>4. Venue</u>

4.1     All or a substantial part of the events or omissions giving rise to Plaintiff's causes of action occurred in Travis County, Texas.

4.2     As set forth below, Plaintiff's causes of action arise out of a vehicular collision in Travis County, Texas wherein the negligent conduct of Defendant in Travis

Plaintiff's Original Petition – Page 2

Scanned with CamScanner

County, Texas was a proximate cause of the collision and Plaintiff's damages resulting from the occurrence or injury in question.

4.3    Venue is therefore proper in Travis County, Texas pursuant to Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code.

## 5. Facts of Case

5.1    On or about June 10, 2021, at or near the intersection of IH-35 and River Oaks Drive in Travis County, Texas, a vehicle operated by Defendant Shah collided with a vehicle operated by Plaintiff.

5.2    Defendant's failure to use ordinary care in the operation of Defendant's vehicle was a proximate cause of this wreck and Plaintiff's resulting injury.

## 6. Causes of Action

6.1    Plaintiff bases Plaintiff's causes of action in part upon negligence or negligence per se as these terms are defined under the common law and statutes of Texas.

6.2    Plaintiff would show that the conduct of Defendant, as set forth herein and otherwise, constituted negligence by act or omission, each and all of which was a proximate cause of the occurrence or injury in question and Plaintiff's damages resulting from the occurrence or injury in question.

6.3    All conditions precedent to the filing of this lawsuit and bringing said causes of action have been performed or have occurred.

## 7. Damages

7.1    Plaintiff has suffered damages in the past as well as in the future.

7.2    These damages, past and future, include those damages resulting to Plaintiff, conditioned as Plaintiff was at the time of the occurrence in question, or which resulted from

Scanned with CamScanner

the activation of any condition which may have existed at the time of the occurrence in question.

7.3    These damages, past and future, include physical pain, mental anguish, loss of earnings or earning capacity, disfigurement, physical and mental impairment, and reasonable expenses for necessary health care, including rehabilitative services and devices, resulting from the injuries sustained in the occurrence in question.

7.4    These damages include any subsequent aggravation of the injuries sustained in the occurrence in question.

## 8. Prayer for Relief

8.1    WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendant for all damages to which Plaintiff is entitled by law, prejudgment as well as postjudgment interest, costs of court, and such other and further relief, general and special, legal and equitable, to which Plaintiff is justly entitled.

## 9. Rule 193.7 Notice to Defendant

9.1    TO DEFENDANT: Plaintiff hereby notifies you, pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, that Plaintiff currently intends to use all items produced by you in this litigation at any pretrial proceeding or trial.

## 10. Rule 609(f) Request to Defendant

10.1    TO DEFENDANT:    Pursuant to Rule 609(f) of the Texas Rules of Evidence, Plaintiff hereby requests, in regard to any witnesses that shall be named by any party as a person with knowledge of relevant facts, or as a testifying expert, that you give Plaintiff sufficient advance written notice of your intent to use evidence of a conviction of any such witness.

Scanned with CamScanner

Respectfully submitted,

**DANIEL STARK, P.C.**

BY: _____

**BRAD RUSSELL**
State Bar No. 24079257
Post Office Box 1153
Bryan, Texas 77806
Telephone: (979) 846-8686
Facsimile: (979) 764-8002
brussell@danielstarklaw.com
**ATTORNEY FOR PLAINTIFF**

Scanned with CamScanner

# Civil Cover Sheet

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Joshua Henderson

**(b)** County of Residence of First Listed Plaintiff   Bell County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Daniel Stark, P.C., PO Box 1153, Bryan, TX 77806

## DEFENDANTS

Malav Shah

County of Residence of First Listed Defendant   Cook County, Illinois
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

Law Offices of Gallerson, Holder, Lawrence & Seymore, 801 Louisiana Street, Suite 500, Houston, Texas 77002-4936

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |    Product Liability | |    28 USC 157 |    3729(a)) |
| ☐ 140 Negotiable Instrument |    Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |    Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|    & Enforcement of Judgment |    Slander |    Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |    Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |    Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|    Student Loans | ☐ 340 Marine |    Injury Product | |    New Drug Application | ☐ 470 Racketeer Influenced and |
|    (Excludes Veterans) | ☐ 345 Marine Product |    Liability | | ☐ 840 Trademark |    Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |    Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
|    of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards |    Act of 2016 |    (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending |    Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract |    Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** |    Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |    Property Damage |    Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |    Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - |    Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) |    Exchange |
| |    Medical Malpractice | |    Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee |    Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff |    Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ |    Sentence | |    or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability |    Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** |    26 USC 7609 |    Act/Review or Appeal of |
| |    Employment | **Other:** | ☐ 462 Naturalization Application | |    Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| |    Other | ☐ 550 Civil Rights |    Actions | |    State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §§ 1332(a), 1441(a)

Brief description of cause:
Plaintiff is suing Defendant for personal injuries arising out of a motor vehicle accident on June 10, 2021.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.    DEMAND $      CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE   March 13, 2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____