IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSHUA HENDERSON,<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | A-23-CV-273-ML |
| MALAV SHAH,<br>    Defendant. | §<br>§ | |

## JOINT NOTICE REGARDING SETTLEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff, Joshua Henderson, and Defendant, Malav Shah (collectively "the Parties"), and submit this *Joint Notice of Settlement*, and advise the Court as follows:

This case has settled. The Parties are preparing the settlement and dismissal documents. The Parties respectfully request until August 16, 2024, to finalize the settlement documents and submit a Joint Stipulation of Dismissal to the Court.

Respectfully submitted,

LAW OFFICES OF GALLERSON, LAWRENCE & SEYMORE

BY:  */s/ David Pettineo*
    David Pettineo
    SBN: 24058042
    P.O. Box 7217
    London, KY 40742
    Cell: (512) 621-4509
    Fax: (866) 221-6120
    E-Service: SanAntonioLegalMail1@LibertyMutual.com
    E-Mail: David.Pettineo01@LibertyMutual.com
    *Attorney for Defendant*

                    DANIEL STARK, P.C.

BY: _____
                    Brad Russell
                    SBN: 24079257
                    Post Office Box 1153
                    Bryan, Texas 77806
                    P: 979-846-8686
                    F: 979-764-8002
                    brussell@danielstarklaw.com
                    Attorney for Plaintiff
                    Joshua Henderson